**LAW OFFICES OF CARLIN & BUCHSBAUM, LLP**
GARY R. CARLIN, CSBN: 44945
BRENT S. BUCHSBAUM, CSBN: 194816
ANA DE LA TORRE, CSBN: 236705
555 East Ocean Blvd., Suite 818
Long Beach, California 90802
Telephone: (562) 432-8933
Facsimile: (562) 435-1656
e-mail: info@carlinbuchsbaum.com

Attorneys for ANGELA CARTER, Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ANGELA CARTER,<br><br>Plaintiff;<br><br>vs.<br><br>KELLY SERVICES, INC., a corporation; UNISYS CORPORATION, a corporation; and DOES 1 - 150, inclusive;<br><br>Defendants. | CASE NO. CV 07-01636-MMM (CWx)<br><br>The Honorable Margaret M. Morrow<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**<br><br>Complaint Filed: January 18, 2007 |

-1-

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER     CV07-01636-MMM

1  **IT IS HEREBY STIPULATED**, by and between the parties hereto, through
2  their respective counsel of record, that the within action may be dismissed with
3  prejudice, each party to bear its own costs and expenses of suit.

6  Dated: October 10, 2007          LAW OFFICES OF CARLIN & BUCHSBAUM
                                     A Limited Liability Partnership

9  By _____
   Brent S. Buchsbaum, Attorney for Plaintiff
10 ANGELA CARTER

13 Dated: October 25, 2007          PAUL, PLEVIN, SULLIVAN &
14                                   CONNAUGHTON, LLP

16 By _____
17 E. Joseph Connaughton
   Martina M. Nagle, Attorneys for Kelly Services, Inc.
18 and Unisys Corporation

IT IS SO ORDERED.
Dated 10/31/07

_____
United States District Judge

-2-

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER    CV07-01636-MMM

1  *Angela Carter v. Kelly Services, et al.*
   USDC – Central Case No.: CV 07-1636 MMM (CWx)

2                              **PROOF OF SERVICE**

3       I, Julia M. Szlakowski, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 401 B Street, Tenth Floor, San Diego, California 92101.

       On October 26, 2007, I caused to be served the following document(s):

- **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**

on the interested party (ies) in this action by placing ☒ a true copy ☐ the original thereof and addressed as follows:

| | |
|---|---|
| Gary R. Carlin (SBN 44945) | Thomas G. Mackey (SBN 174572) |
| Ana L. De La Torre (SBN 236705) | Jamie C. Chanin (SBN 244659) |
| Law Offices of Carlin & Buchsbaum | JACKSON LEWIS LLP |
| 555 E. Ocean Blvd., #818 | 725 South Figueroa, Suite 2500 |
| Long Beach, CA 90802 | Los Angeles, CA 90017 |
| Phone: 562.432.8933 | Phone: 213/689-0404 |
| Fax: 562.435.1656 | Fax: 213/689-0430 |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
| **ANGELA CARTER** | **UNISYS CORPORATIONd** |

☒   (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐   (By **OVERNIGHT DELIVERY**) I caused to be delivered such envelope by hand to the office of the addressee. I then sealed each envelope and, with postage thereon fully prepaid, I placed each for deposit this same day, at my business address shown above, following ordinary business practices for overnight delivery.

       I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed October 26, 2007, at San Diego, California.

                                       _____
                                              JULIA M. SZLAKOWSKI